Dustin Jolly SR
  vs
Bureau of prisons
   and
United States probation office

Eastern District
Of Kentucky

Eastern District of Kentucky
FILED
JUL 30 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

Motion To court, PRivacy Act 5 U.S.C. 522(g)(1)
Civil Action Pro Se

The PRivacy Act of 1974, 5 U.S.C 552 a, Regulates the collection, Maintenance use and dissemination of certain Records held by Covered federal agencies. The Act contains a civil enforcement Provision affording Jurisdiction to the district courts of the United States. 5 U.S.C 552 a (g)(1)(D) and a Remedy for damages. A plaintiff Must bring his privacy Act claim within two years of the date he knew or should have known of the agency's violation 21. 5 U.S.C 552 a (g)(4). 20. To prevail on a claim for damages the Privacy Act Prohibition against disclosure (1) The information is covered by the Act as a "Record" contained in a system of Records. (2) The Agency disclosed the information. (3) The disclosure had an adverse effect on the plaintiff an element which separates itself into two components. (a) an adverse effect standing requirement and (b) a causal nexus between (4) The disclosure was "Willful or Intentional. The Bureau of prisons and probation Commission and others violated the Section 552 a (e)(5) Requirement to Maintain accurate Records. My presentence Report contained Inaccuracies specifically #47 paragraph in PSI. Bop and Bop staff used Inaccuracies Adverse to Me concerning custody and security classifications putting My life in Danger. Also put My family through Hell cause of lies. I was charged and convicted with a gun crime in New Albany IN. Not a sex crime conviction. John Walsh with conviction should have never been on my classification. And staff was not suppose to tell other inmates to have Me hurt and Make My time Hell.

Dustin Jolly SR
   VS
Bureau of prisons and
United States Probation office

Pg. 1

Motion is 7 pages.

Motion To Eastern District of Kentucky Under The Privacy Act, 5 U.S.C 522a(g)(1). This is a civil action brought by pRo se Inmate AT the USP Atlanta G-9, Dustin Jolly SR #21553-032

Im Asking The court to file this privacy Act Motion To Hold the Bureau of prisons and others who Classified me as a sexually dangerous person under the Adam Walsh child protection and safety Act of 2006, 18 U.S.C 4248 "THE Walsh Act" I Have exhausted All my administrative Remedy's with The Bureau of prisons And Won Them. Never in my life did I think I would Have this problem and be put through what I been put through. Im sorry for Having to hand write this but I can not pay to have somebody type this cause my safety is at Risk. Since Ive exhausted my administratively Remedys I can file this privacy Act Motion. See Brandon Jones VS Bureau of prisons United States District court for the Western District of Louisiana, Alexandria 2022, Lexis 103678, civil Docket No# 1:22-CV-00597 SEC P, May 16, 2022 Decided. In Jones He has same problem as me but his case was denied without prejudice cause he did Not pursue the Bop's grievance process to give Bop a chance to correct

Pg. 2

This error. I have a constitutional Right to be provided adequate Medical care and Mental Health treatment from The Bop. Also under the equal protection component of the fifth Amendment's Due process clause I have the Rights Not to be treated with Cruel and unusual punishments. I will present facts of my Rights being violated. These special factors will prove Nobody tried to Help me or fix my problem wile in the Bop Custody. These Are Not Allegations or Just a simple error Somebody at the Designation and sentence computation Center Messed up on. Ive suffered significant injurys from this problem most of them Mental Health problems but the worst ones Are My Son and Family worried Day After day Night After Night. Thinking of Me getting Killed by other inmates or staff cause of Me being Classified as a Child Molester the worst of the worst. Scum of The earth. With no proof or Evidence and using inaccurate records from the government. Alot of people failed to fulfill its Records Keeping obligation and Made My conditions of confinement unconstitutional. The pen inmates Are Known to Make pincushions and worse of Sex offenders. This was intentionally Not fixed at FCI Hazelton but Made worse by Staff and Unit team by telling other Inmates lies on Me. So Much emotional distress Put on Me and My family and Made My conditions

Pg 3

toxic and unsafe. Me being labeled a "sex offender" predatory offender deprives me of a protectible liberty interest in my Reputation and family's in violation of the constitution, thereby satisfying the "stigma-plus" test, Also a violation under the Privacy Act. This is Not a frivolous motion and if I was somebody with Money or power Alot of people would be in trouble or fired, Im from poverty and have some form of Dyslexia and lack of Education. I Had to learn all this from prison with No Help from prison staff or the courts or unit team. The Bureau of prisons puts the blame on the United States probation office for putting a lie in my presentence Investigation Report, for saying I Have a history of unlawful sexual conduct, under DSCC procedures for each newly sentenced inmate committed they review available documentation for classification. Also Case Management Coordinator and unit teams Are to Ensure each inmate at their institutions has a correct Walsh history but they failed to do this to me. I never been charged or convicted of Any kind of sex crime on kids or Anything like that, so how And why this was done to me and Not fixed I want to find out and I want something Done Just like when I get in trouble. I get freaked out when I see a Maltese cross now like I know its Danger.

Pg 4

failing to comply with Privacy Act was violated when bop negligently Implemented John Walsh with conviction on me. I think I was in unlawful custody under Walsh Act, Sharing confidential information about me to inmates Releasing Records that was a Risk of serious harm. This is common-sense wrong. This information caused me harm annoyance embarrassment neglect not in good faith. "Conditions that deprive inmates of the minimal civilized measure of life's necessities" may amount to cruel and unusual punishment in violation of the Eighth Amendment. Rhodes -vs- Chapman U.S Sct (1981) And being wrongful labled a child monster is the worst. Put me and family through Hell and I still Aint left. My family has been victoms for something they didnt do. This should Never happened to me but since Im poor and from not a Rich or powerful family, it did and nothing was done to help me. I told unit team this information was wrong and was gonna get me hurt. I Also called Andrew Stephens the first day in federal prison Asking him why the C.O in my unit Just told me and the white guys I was a sex offender. freaking out in fear for my life and he didnt have any care. Said his job was done and he could not help me. Proof will be on prison phone records At FCI Hazelton calls I made to him and mom and sister me calling worried to Death I had to fight or die or get ran over Raped or worse. The sex offenders At Hazelton would get beat up Robbed for food and other Items on a daily basses, And staff thought it was Funny and didnt have one care in the world. I will Attach affidavit from Jerry A Penton first guy ever charged with

Pg 5

Staff had subjective knowledge of mine and others Risk of Serious harm but they Disregarded that Risk. What saved me is my heart and self will to fight to get home to my Son. And me knowing Deep in my heart I was Not like them guys that hurt women or kids thats not me and was never me so I fought for my life. I could Not tell Staff then I'd be a Rat Also plus Staff didnt care one bit. The conduct by Staff at FCI Hazelton and USP Atlanta was Negligence This made my prison conditions more extreme then I signed for in my plea this put me at an unreasonable Risk of serious damage to other prisoners and Staff This was so grave that it violates contemporary standards of decency and to expose me to this unwillingly shows deliberate in difference. Unit team was aware of the facts and could of fixed this problem but never did. one guy said you got a walk Act for grabbin Ass And trying Stal Rims LoL And told me get out his office. The bop failure to respond to my Medical needs and Mental health problems shows the denial of care. I have proof with Exibits. Also Hazelton and Atlanta has delayed treatment and caused me and my family permanent Damage by not helping me with my Depression, Post-traumatic stress, Hospitalization or even talking to me About my problems. ~~[scratched out]~~ I still have Not been Diagnosis for my disorder or see how Severe my problems Are. This has caused me undue hardships with my family and other inmates who think I hurt kids.

Pg 6

Rejection from my son has been the worst I just pray I can fix this when I get out. This was not in my Sentence or 3553 factors so why this was done to me I want to know. Alot of this is cause I did not go over my PSI with Andrew Stephens cause he said it did not matter and the probation office does not like to change it and I dont want to make them mad. Also I did not know federal law then and was dumb to it. If I knew what I knew now I would have done alot of things different. I want to know how this is ok and nothing has been done. I Request a offense Review 3621(e) Remove Any staff Responsible for any violations. Disclosure of personal information of people that has an adverse effect on them violates the Privacy Act. I want compensation for time pain and suffering. All the days I was in prison with the John Walsh with conviction on me I want to be made whole. My mental problems whats the price tag for no sleep every night worried whos gonna come in my cell and stab me? Whos gonna come in shower and beat me maybe worse Rape me. These Losses I experienced by bop staff and others I want to find out this was a violation of privacy Act. What could of happened opposed to what actually happened what was my prison life supposed to be like just as a Drug Dealer. Investigate Staff, Mayerko, Collens, Dulley Unit team in M-2 At FCI Hazelton, USP Atlanta Unit team counselor Houston and others DSCC in texas, 5.U.S.C 552a(b) provides no Agency "shall" disclose Any Records which is contained in a System of Records by Any Means.

Pg. 7

Bureau of prisons and probation commission violated the Section 552a(e)(5) Requirement to maintain accurate records presentence Reports contained Inaccuracies specifically #47 paragraph in PSI Bop and Bop Staff Used Inaccuracies Adverse to me concerning custody and Security classifications. Also put my family through Hell cause of lies. I was Charged with a gun crime in New Albany IN, Not a sex Crime conviction. John walsh should Never been on me. facts.

7-26-2024 Date
~~6-1-2024~~ Dustin Jolly SR

Dustin JN SR    ~~6-1-2024~~    Pro Se
                                Inmate #~~21553-08~~
I pray upon this Honorable court to Resolve     # 21553-032
this matter accordingly, and in best interest to   USP Atlanta
and economical Justice, this matter is affecting
the terms and conditions of my confinement and caused
me from Not getting programs, rehabilitation and my
classification purposes.

Pro Se litigant, See Haines v Kerner, the court
Required to Allow petitioner, less Stringent Standards
than those of a lawyer.

Dustin Jolly SR pro se inmate Respectfully requests the court to grant leave of court to re-submit any unauthorized documents. Said document will be reformed to conform to court Rules and is challenged with lack of resources due to current incarceration. I am not trained in the law and have little education of the law. I am availed with the resources at my disposal to educate myself the best I can. I've done the best to my ability without a lawyer so I pray you help me out. If I'm wrong I pray the court will point out what is wrong and what is acceptable and whats not. I plead to the mercy of the court to grant my motion to stay untill I get attorney to file a motion for the court typed and without errors like this and with case law properly revised with courts standings.

Resepectfully submitted
Dustin D Jolly SR   *Dustin Jr SR*
~~6-1-2024~~ Date 7-26-2024

Affidavit Dustin Jolly SR, under penalty of perjury under the Law of the United States. Dustin Jolly SR being duly sworn deposes and states My name is Dustin Jolly SR, I am presently Restrained of my liberty in USP Atlanta, located in Atlanta GA I am o fully competent to make this affidavit and I personal Knowledge of the facts stated in this affidavit are true and correct