Dustin Jolly #21553-032  -  7-26-2024

Please send copy to United States Attorney. Please send me letter or docket sheet saying my Privacy Act motion got to the court and filed. I will send a envlope with stamp for you. Thanks Have a great Day.