Affidavit Dustin Jolly, Under
the Penalty of Perjury Under the Law
of the United States

State of Georgia                )
County of Fulton                )

Dustin Jolly, being duly sworn, deposes and states:

1) My name is Dustin Dewayne Jolly. I am presently restrained of my liberty in USP Atlanta, located in Atlanta, Georgia. I am fully competent to make this affidavit and I have personal knowledge of the facts stated in this affidavit unless qualified otherwise. To my knowledge, all of the facts stated in this affidavit are true and correct.

_Dustin Jolly_
Dustin D. Jolly

SUBSCRIBED AND SWORN TO BEFORE ME ON this the 26 day of July, ~~2023~~ 2024 at Atlanta, GA.
_Dustin Jolly_