Dustin Jolly #21553-032
FCI Atlanta
PO Box 150160
Atlanta, GA 30315

Clerk of Court
Eastern District of Kentucky
310 South Main Street
London, KY 40741

Legal Mail

U.S. PENITENTIARY
ATLANTA, GA 30315

**Back of Envelope**

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL
MAILING PROCEDURES FOR FORWARDING TO YOU.
THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH
THIS FACILITY HAS JURI...      N, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTH...      RMATION OR CLARIFICATION.
IF THE WRITER ENCLOSES C...     NDENCE FOR FORWARDING
TO ANOTHER ADDRESS. PL...      TURN THIS ENCLOSURE TO
THE ABOVE ADDRESS

DATE: 7-26-24